# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SHEILA GREEN, AS A BENEFICIARY OF 1401 TRIAL VIEW TRUST; <br><br> v. <br><br> WELLS FARGO BANK, N.A., | § <br> § <br> § Civil Action No. 4:17-CV-00247 <br> § (Judge Mazzant/Judge Johnson) <br> § <br> § <br> § <br> § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 1, 2017, the Magistrate Judge issued an Order, cautioning that the Court would recommend this case be dismissed for want of prosecution if *pro se* Plaintiff failed to meet and confer with Defendant, as required under the Court's Order Governing Proceedings (Dkt. #10 at 2). On July 31, 2017, the report of the Magistrate Judge (Dkt. #14) was entered containing proposed findings of fact and recommendations that Plaintiff's case be dismissed for want of prosecution. On September 1, 2017, the report of the Magistrate Judge was returned to the Court as undeliverable on August 31, 2017. Plaintiff has failed to act upon the Order (Dkt. #10), and has failed to act upon the report of the Magistrate Judge (Dkt. #14). Further, Defendant notified the Court on July 6, 2017, that it was unable to meet and confer with Plaintiff, despite its attempts (Dkt. #12).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of

the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's claims are **DISMISSED** for want of prosecution.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

SIGNED this 18th day of September, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE